**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VALUE DRUG COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   21-3500** |
| | : | |
| **TAKEDA PHARMACEUTICALS,** | : | |
| **U.S.A., INC.,** *et al.* | : | |

# <u>ORDER</u>

**AND NOW**, this 28th day of September 2021, upon random reassignment (ECF Doc. No. 91) following the parties' filing of a Report of their Rule 26(f) Meeting (ECF Doc. No. 83) and after a fulsome hearing with Judge Savage, it is **ORDERED**:

1.     Counsel and all parties are governed by this Court's Policies and Procedures at www.paed.uscourts.gov;

2.     We **vacate** paragraphs 3, 4, and 5 of the August 30, 2021 Order (ECF Doc. No. 72). without prejudice to setting a response date consistent with our Policies and Fed.R.Civ.P. 1;

3.     We will hold an **INITIAL PRETRIAL CONFERENCE** via telephone on **October 4, 2021** at **11:30 A.M.**: (Dial-in Number: 888-278-0296; Access Code: 5723096#) to review the Report (ECF Doc. No. 83) and set all discovery and trial deadlines;

4.     The parties shall engage in early, ongoing and meaningful discovery planning proportional to the needs of your case including by disclosing insurance coverage, addressing the need for a F.R.E. 502 Order, and beginning to prepare an extensive stipulation of undisputed facts to eliminate issues for discovery;

5.     Lead trial counsel is required to appear at the conference. If trial counsel is on trial in another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference, and will then be designated as lead trial counsel for scheduling

purposes; and,

      6.     Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss status of settlement, including authority from the clients to settle.

**KEARNEY, J.**