# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALUE DRUG COMPANY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-3500 |
| | : | |
| **TAKEDA PHARMACEUTICALS,** | : | |
| **U.S.A., INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 4th day of April 2022, consistent with our March 15, 2022 Order (ECF Doc. No. 198), following independent review of Special Master Judge Vanaskie's Report and Recommendation (ECF Doc. No. 210) addressing Plaintiff's Motion to compel discovery (ECF Doc. No. 182), with no timely objection, and finding good cause, it is **ORDERED**:

1. We **ADOPT** Judge Vanaskie's Report and Recommendation (ECF Doc. No. 210);

2. We **GRANT** Plaintiff's Motion to compel discovery (ECF Doc. No. 182) in part, requiring, on or before April 8, 2022:

    a. Takeda shall complete the searches required in paragraph 17(a) and 17(b) of Plaintiff's search request beginning in 2011 through the year 2021;

    b. Par shall produce the documents responsive to request No. 16 of the Plaintiff's first Requests for documents**;**

    c. The producing party shall provide a fulsome privilege log of all information withheld based on a specifically defined privilege; and,

3. Plaintiff's Motion (ECF Doc. No. 182) is otherwise **DENIED.**

**KEARNEY, J.**