IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALUE DRUG COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-3500 |
| | : | |
| TAKEDA PHARMACEUTICALS, U.S.A., INC., PAR PHARMACEUTICAL, INC., WATSON LABORATORIES, INC. , TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., AMNEAL PHARMACEUTICALS, LLC | : : : : : : : : | |

# ORDER

AND NOW, this 13th day of April 2022, consistent with our March 15, 2022 Order (ECF Doc. No. 198) setting the procedures for the appointment and review of the appointed Special Master Judge Vanaskie's Report and Recommendation, following review of Special Master Judge Vanaskie's April 11, 2022 Report and Recommendation (ECF Doc. No. 214), no timely objection, and independently finding Judge Vanaskie's extensive reasoning well-grounded and fairly balancing the interests of the parties in discovery, it is **ORDERED**:

1. We **ADOPT** Judge Vanaskie's Report and Recommendation (ECF Doc. No. 214); and,

2. We **DENY** Plaintiff's Motion to compel discovery (ECF Doc. No. 205) from Teva, Ltd.

KEARNEY, J.