IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VALUE DRUG COMPANY** | : CIVIL ACTION |
| | : |
| v. | : NO. 21-3500 |
| | : |
| **TAKEDA PHARMACEUTICALS, U.S.A., INC., PAR PHARMACEUTICAL, INC., WATSON LABORATORIES, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., AMNEAL PHARMACEUTICALS, LLC** | : : : : : : : |

## ORDER

**AND NOW**, this 31st day of August 2022, consistent with our March 15, 2022 Order (ECF Doc. No. 198) setting procedures for review of the appointed Special Master Judge Vanaskie's Report and Recommendations, and having reviewed Judge Vanaskie's August 29, 2022 Special Master Recommended Order No. 22 (ECF Doc. No. 472), citing no objections, and independently finding a substantial basis to adopt and approve Judge Vanaskie's analysis, it is **ORDERED**:

1. We **ADOPT** and **APPROVE** Special Master Judge Vanaskie's August 29, 2022 Recommended Order No. 22 (ECF Doc. No. 472);

2. Plaintiff's Motion to compel Takeda Pharmaceuticals U.S.A., Inc., to conduct a reasonable search for missing documents or to produce a witness to testify about document collection and retention policies (ECF Document No. 465) is **DENIED** without prejudice as moot; and,

3. Takeda shall file with the Court a status report and proposed plan of action no later than **August 31, 2022**.

_____
KEARNEY, J.