IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALUE DRUG COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-3500 |
| | : | |
| TAKEDA PHARMACEUTICALS, U.S.A., INC., PAR PHARMACEUTICAL, INC., WATSON LABORATORIES, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., AMNEAL PHARMACEUTICALS, LLC | : : : : : : : : | |

## ORDER

**AND NOW**, this 19th day of September 2022, upon considering the Defendants' Joint Motion for leave to exceed our page limitations in one omnibus memorandum (ECF Doc. No. 509), Plaintiff's Opposition (ECF Doc. No. 510), and finding Plaintiff's arguments for class certification do not distinguish between the Defendants who purportedly share a certification expert and finding no good cause for either extended briefing or multiple memoranda and reminding counsel carefully edited arguments are often more effective, it is **ORDERED** the Defendants' Motion (ECF Doc. No. 509) is **DENIED** but each Defendant may (if it absolutely cannot rest on the omnibus common arguments) timely file a joinder to the omnibus Opposition not exceeding three pages (including the caption) referencing an issue <u>unique</u> to it.

_____
**KEARNEY, J.**