# EXHIBIT 1

1    IN THE UNITED STATES DISTRICT COURT FOR THE

2        EASTERN DISTRICT OF PENNSYLVANIA

3            - - -

VALUE DRUG COMPANY, on    ) CIVIL DIVISION
4   behalf of itself and      )
all others similarly       ) NO. 2:21-CV-03500-MAK
5   situated,               )
                          )
6       Plaintiffs,       )
                          )
7    -vs-                 )
                          )
8                         )
TAKEDA PHARMACEUTICALS    )
9   U.S.A., INC., et al.,     )
                          )
10      Defendants.       )
            - - -

11

12              Zoom Hearing

13    Before the Honorable Thomas I. Vanaskie

14         Special Discovery Master

15          August 10, 2022

16          1:00 p.m. Eastern time

17

18

19

20

21

22   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
WITHOUT AUTHORIZATION FROM THE CERTIFYING
23   AGENCY

24

25

1  COUNSEL PRESENT:

2  For the Plaintiffs:

3  FARUQI & FARUQI, LLP
        685 Third Avenue, 26th Floor
4        New York, New York 10017
        (212) 983-9330
5  BY:    PETER KOHN, ESQ.
        BRADLEY J. DEMUTH, ESQ.
6        RAYMOND N. BARTO, ESQ.
   E-MAIL: Pkohn@faruqilaw.com
7        Bdemuth@faruqilaw.com
        Rbarto@faruqilaw.com
8
   For the Plaintiffs:
9
   GARWIN GERSTEIN & FISHER, LLP
10        88 Pine Street, 10th Floor
        New York, New York 10005
11        (212) 398-0055
   BY:    DEBORAH A. ELMAN, ESQ.
12        WILLIAM COLLIER, ESQ.
   E-MAIL: Delman@garwingerstein.com
13        Wcollier@garwingerstein.com

14   For the Plaintiffs:

15   ODEM & DES ROCHES, LLC
        SUITE 2020, Poydras Center
16        650 Poydras Street
        New Orleans, Louisiana 70130
17        (504) 522-0077
   BY:    AMANDA HASS, ESQ.
18        DAN CHIOREAN, ESQ.
   EMAIL: Ahass@odrlaw.com
19        Dchiorean@odrlaw.com

20
   For the Plaintiffs:
21
   BERGER MONTAGUE, PC
22        1818 Market street, Suite 3600
        Philadelphia, Pennsylvania 19103
23        (215) 875-3000
   BY:    CAITLIN G. COSLETT, ESQ.
24   E-MAIL: Ccoslett@bm.net

25

1    On Behalf of Takeda Pharmaceuticals USA, Inc.:

2    Morgan, Lewis & Bockius, LLP
          1701 Market Street
3         Philadelphia, Pennsylvania 19103
          (212) 963-5000
4    BY:    R. BRENDAN FEE, ESQ.
            MELINA R. DeMATTIO, ESQ.
5           STEVEN A. REED, ESQ.
     E-MAIL: Brendan.fee@morganlewis.com
6           Melina.demattio@morganlewis.com
            Steven.reed@morganlewis.com

7

8    On Behalf of Par Pharmaceuticals:

9    DECHERT LLP
          Cira Centre
10        2929 Arch Street
          Philadelphia, Pennsylvania 19104-2808
11        (215) 994-4000
     BY:    JULIA CHAPMAN, ESQ.
12    EMAIL: Julia.chapman@dechert.com

13

     On Behalf of Teva Ltd., Teva USA and Watson:
14
     KIRKLAND & ELLIS, LLP
15        601 Lexington Avenue
          New York, NY 10022
16        (212) 390-4004
     BY:    GILAD BENDHEIM, ESQ.
17    EMAIL: Gilad.bendheim@kirkland.com

18
     On Behalf of Prasco Laboratories:
19
     DINSMORE & SHOHL, LLP
20        255 E. Fifth Street, Suite 1900
          Cincinnati, Ohio 45202
21        (513) 977-8200
     BY:    DAVID ROCHELSON, ESQ.
22    E-MAIL: David.rochelson@dinsmore.com

23

24

25

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | JUDGE VANASKIE:  Let's hear |
| 3 | from Plaintiffs first.  It's their motion. |
| 4 | MR. KOHN:  Sure, Your Honor. |
| 5 | Peter Kohn for the Plaintiff. |
| 6 | Since the time we filed our motion, |
| 7 | Your Honor, I can happily report that we've |
| 8 | gotten one, two, three, four of these |
| 9 | depositions scheduled.  And we've also gotten |
| 10 | objections to two of the 30(b)(6) notices, |
| 11 | which suggest that neither Takeda or Par |
| 12 | intends to produce anybody in response to those |
| 13 | notices, so we'll be filing a motion to compel |
| 14 | after initiating, which I think happened today, |
| 15 | the meet and confer process. |
| 16 | We know that the Defendants wish to |
| 17 | put a ceiling on the number of total |
| 18 | depositions.  We think that because of the -- |
| 19 | and we're willing to discuss that, but we think |
| 20 | that an iterative process is more -- more |
| 21 | practical. |
| 22 | The recollections of the various |
| 23 | witnesses may satisfy us that we don't need to |
| 24 | take certain depositions that have been with |
| 25 | class certification where we were able to take |

Hearing
August 10, 2022                                      5

1    no depositions after noticing four of them

2    because of the documents that were produced

3    after those notices went out.

4           But if the ceiling is to be

5    required, we would -- would point out to the

6    Court that in cases within this District and

7    within this Circuit, we can't find a single

8    like case where fewer than ten depositions per

9    defendant was -- was provided for by the Court.

10          And I can go through those cases.

11   They're all familiar to counsel here because

12   Kirkland and Dechert and Morgan Lewis are the

13   attorneys for the Defendants in all of those

14   cases, so none of them will be a surprise.  And

15   some of them had as many as 30 depositions per

16   defendant.

17          JUDGE VANASKIE:  It may be

18   that you're -- you'll get well in excess of the

19   ten deposition-per-side limit.  Hopefully you

20   can negotiate that without having to require a

21   court ruling.

22          But the problem I'm having is that

23   you're asking for an order that directs the

24   parties to meet and confer to schedule what I

25   think are now 22 depositions.  There's some

1    confusion as to whether there's four 30(b)(6)

2    notices or six 30(b)(6) notices.

3          In any event, what's -- they are to

4    meet and confer with you and -- and agree to

5    what?

6          If they don't want to -- if they

7    don't want to agree to more than ten

8    depositions, that's what you're limited to

9    until -- and unless there's a court order or

10    there's an agreement among the parties.

11          MR. KOHN:  Yes, Your Honor.

12    And that's why we think that -- that the

13    Defendants in refusing to schedule -- at least

14    taking the position in the meet and confer that

15    they refuse to schedule any depositions until a

16    limit was agreed upon, that that was not a

17    well-taken position.  That we should schedule

18    the ten depositions, and to the extent that --

19    that the Defendants don't wish to allow us to

20    take any more, at that time, we will move

21    before Your Honor and show good cause as to why

22    the others are necessary.

23          So we're up to five depositions

24    scheduled now, and -- and once we reach the

25    ten, if the Defendants will not give us any

 1   more, we will come before Your Honor.  But

 2   they've taken the position, although they've

 3   softened it since -- since we filed our motion

 4   and schedule, you know, for -- but they took

 5   the position in the meet and confer that they

 6   wouldn't even talk to us about scheduling

 7   depositions until we agreed on a ceiling, which

 8   deprives us of our ten.

 9            MS. CHAPMAN:  Your Honor, can

10   I briefly respond regarding the -- unless you

11   have additional questions for Plaintiffs?  I

12   don't want to interrupt.

13            JUDGE VANASKIE:  Let me hear

14   from your side now.

15            MS. CHAPMAN:  Your Honor,

16   Julia Chapman speaking for Par the meet and

17   confer.  I want to be clear about the position

18   that Defendants took.  Defendants would not

19   agree to proceed with scheduling the more than

20   20 depositions that Plaintiffs had sought

21   without agreeing to an increase in the cap of

22   federal rules.

23            Plaintiffs were not seeking to

24   schedule ten depositions.  Plaintiffs were

25   seeking to schedule all 20 depositions, and

1   Defendants took the position that we not

2   unilaterally increase the cap over the federal

3   rule.

4            And that's another important point.

5   It's not the Defendants that are seeking to

6   impose the cap.  It's the rules that have very

7   clearly impose a cap.

8            And there's two alternatives.  If

9   Plaintiffs want more than ten, as Your Honor

10   has contemplated, Plaintiffs could move and

11   seek to increase it or Plaintiffs could

12   negotiate in good faith regarding what

13   the total cap on depositions would be.

14            And since I believe March of this

15   year, Defendants have been asking Plaintiffs to

16   engage on that exact question.  The question of

17   if you are going to, in fact, seek to take more

18   than ten depositions, we need the talk about it

19   and what number should that be.

20            And I think today was the first

21   time, at least speaking for Par, that we had

22   heard the Plaintiffs were willing to engage in

23   any agreement or try to reach any agreement

24   with respect to a cap.

25            JUDGE VANASKIE:  Okay.

1          MR. FEE:  And, Your Honor,

2    Brendan Fee for Takeda.

3          If I may, and just to underscore, at

4    least from Takeda's perspective what

5    Ms. Chapman is saying, it's clearly not the

6    case that Takeda was not willing to schedule

7    any depositions until a cap was reached.

8          In fact, to the contrary.  We

9    provided deposition dates for several Takeda

10   witnesses at Plaintiff's request, three, George

11   Kokkines, Jason Maxwell, and Nilesh Bhutada,

12   and as well as scheduling and preparing a

13   30(b)(6) witness on certification.

14          And so, you know, we are prepared to

15   move forward with the scheduling of

16   depositions, but not 22 depositions because

17   the -- that is not permitted by the rule.

18   We're prepared to negotiate and discuss that

19   position, and if what Plaintiff's position is

20   is that they will take ten and then come before

21   Your Honor, then maybe we have something to

22   talk about.  But that's the first that we heard

23   of that, at least to my knowledge.

24          The other thing I would add is I

25   think Mr. Kohn mentioned that 30(b)(6)

1    objections were served as to the merits notice

2    that -- that the Plaintiffs have recently

3    issued.  And that is true as to Takeda, and we

4    are scheduled to meet and confer with the

5    Plaintiffs on the topics in that notice.

6            But I don't know what the outcome of

7    that meet and confer is going to be, and I

8    certainly wouldn't want to prejudge the concept

9    that we are refusing to produce a witness

10    entirely in response to that notice.

11            We need to have that discussion with

12    the Plaintiffs, and hopefully -- hopefully

13    we'll be able to reach some compromise whereby

14    some of the topics may be narrowed, and perhaps

15    we'll be in a position to produce a witness on

16    some of those topics.  But I don't think we're

17    there yet, so I just wanted to highlight that

18    for Your Honor.

19            JUDGE VANASKIE:  Mr. Kohn,

20    what's inappropriate in having ten depositions

21    get scheduled, meet and confer, get ten

22    depositions scheduled, and then go from there?

23            MR. KOHN:  I fully agree, Your

24    Honor, and I'm pleased to hear the softening of

25    the Plaintiffs' positions.  Your Honor can read

1    that -- that Ms. Chapman wrote to my colleague,

2    Brad Demuth, that it's Par's position that the

3    parties need to agree on the total number of

4    depositions allowed per side before deposition

5    scheduling proceeds in this case.

6           I'm hearing a softening from

7    that position which is what caused -- that

8    position caused this motion to be filed.  But

9    we agree with Your Honor.

10          Let's -- let's schedule ten, and

11   then we will -- my prediction is we'll meet and

12   confer, but we'll end up before Your Honor

13   justifying the rest.  But we absolutely agree.

14          JUDGE VANASKIE:  Okay.

15       Ms. Chapman?

16          MS. CHAPMAN:  May I respond

17   briefly, Your Honor?

18          JUDGE VANASKIE:  Yeah.

19          MS. CHAPMAN:  Thank you.

20       So we articulated that position in

21   the specific context of Plaintiffs noticing

22   22 depositions, more than -- a dozen more than

23   the Federal rules contemplated, and is

24   demanding that we proceed with scheduling all

25   of those depositions.  Par was refusing to do

1   that because Plaintiffs were acting outside the

2   context of the federal rules.

3           Speaking for Par, it's Plaintiffs'

4   position that they'll now notice ten

5   depositions and then make their showing of the

6   particularized need, what we will need from

7   Plaintiffs is the ten depositions that they

8   intend to seek now.  We're still in a place

9   where they have, I believe, 22 deposition

10   notices outstanding.

11           So we don't want to be in a position

12   of a guessing game.  We'll need from Plaintiffs

13   the ten depositions that they're -- that

14   they're going to take.

15           But my codefendants may have a

16   different position.

17           MR. FEE:  That's certainly the

18   case for Takeda, Your Honor, and it's

19   particularly important for Takeda because the

20   vast majority of the witnesses that the

21   Plaintiffs have identified as potential

22   deponents are former employees, and I think we

23   can all agree that it's neither fair nor

24   appropriate for us to be in a position of

25   reaching out and -- and posing burdens and

1   concerns on third-party witnesses about the

2   prospect of being deposed when it may very well

3   be that they're not going to be deposed.

4          And so I think what we need is a

5   finite list of ten at this point from the

6   Plaintiffs so that we can go out, get those

7   depositions scheduled, and then if they make

8   the showing that they're required to make under

9   the rules for more, then we can go back out

10   and -- and do what we need to do.

11          That's what we would request on

12   behalf of Takeda, Your Honor.

13          JUDGE VANASKIE:  Okay.

14       Mr. Kohn?

15          MR. BENDHEIM:  To be clear,

16   Takeda Defendants -- sorry, Your Honor.  I just

17   want to make clear the Teva Defendants and

18   Amulet agree with those positions.

19          JUDGE VANASKIE:  Okay.  Thank

20   you for that.

21       Mr. Kohn?

22          MR. KOHN:  Your Honor, if --

23   if it will make it easier for the Defendants

24   without withdrawing any of our notices,

25   we'll -- you know, we'll highlight ten that --

Hearing
August 10, 2022                                    14

1   at least now it'll just be five because they've

2   scheduled five of them already.

3        We'll highlight five more and then

4   we can take it from there.  And to the extent

5   one of our five they feel shouldn't be

6   scheduled at all, if we need to feed them

7   additional ones, you know, we will.

8        But I would hope that Your Honor

9   would -- would direct the Defendants, if not

10   order the Defendants, to accept the five

11   additional ones that we will put before them

12   and simply schedule them.

13        MS. CHAPMAN:  Your Honor?

14        JUDGE VANASKIE:  Go ahead.

15        MS. CHAPMAN:  From Par's

16   perspective -- thank you, Your Honor.

17        The appropriate course of action is,

18   in fact, the drawing of the notice of

19   depositions to be faithful to rules that

20   require Plaintiffs can only notice ten.

21        It's important from our perspective,

22   and I think the entire reason there's a ten cap

23   is that we not be in a place of ambiguity where

24   Plaintiffs can just pick and choose and then

25   change out deponents as they see fit.

1              There's a reason there's meant to be

2       some structure with this process, and so we ask

3       that Defendants -- or Plaintiffs notice the ten

4       depositions that they intend to proceed with.

5                   JUDGE VANASKIE:  What about

6       the five that have been agreed to thus far?

7                   MS. CHAPMAN:  So I can't speak

8       to those, Your Honor, because I had not

9       scheduled those on behalf of my client.  So

10      Mr. Bendheim will have to speak to that.

11                  MR. BENDHEIM:  I believe --

12      I'm not sure if all five are from Amulet and

13      Teva, but I believe at least three or four of

14      them are.  I'm seeing that Mr. Kohn said three.

15              With respect to those three, I think

16      it'll be appropriate -- we agree with

17      Ms. Chapman.  It would be appropriate for them

18      to be renoticed.  We have no intention of

19      playing games.

20              If these are the ones that

21      the district determines to renotice, we'll hold

22      these dates.  If -- If Mr. Kohn, you know,

23      tells us, "We'll only renotice these three,"

24      We'll hold the dates.  We'll keep the ones we

25      held available.

1           But we agree that there's a purpose

2    for the structure of the rules.  This isn't

3    just a technicality.  It is the way that this

4    discovery can move forward in an organized way

5    that isn't a, sort of, "got you, I'm switching

6    it out," and we think that's the appropriate

7    way to do it.

8               JUDGE VANASKIE:  Mr. Kohn,

9    should we jump through that hoop, or...

10              MR. KOHN:  I can jump through

11   any hoop that's put before me, Your Honor.  The

12   one hoop that I am concerned about though is

13   that Judge Kearney has expected the Plaintiffs

14   to be filing a status memorandum identifying

15   the confirmed deposition dates and locations

16   for all fact witnesses.  And that was a

17   deadline back in April.  Judge Kearney then

18   softened it to be for class certification

19   purposes.

20              JUDGE VANASKIE:  Right.

21              MR. KOHN:  The Court will

22   remember that we were able to obviate the need

23   for all the depositions from the -- from the

24   document production that our earlier deposition

25   notices provoked.

1           But I did promise on May 18th -- I

2     did promise Judge Kearney that we will confer

3     with Defendants on the scheduling of

4     depositions for nonclass certification issues,

5     which is now, and file a status memorandum

6     listing those names, date, and locations.

7           So we'll jump through all hoops, but

8     I know that we made a commitment to

9     Judge Kearney, and I -- I'd like to be in a

10     position to meet it.

11           JUDGE VANASKIE:  Well, let's

12     move forward by having you renotice the five

13     that -- for which you already have agreed-upon

14     dates.  So any of those five 30(b)(6)

15     depositions.

16           MR. KOHN:  No, Your Honor.

17     They're all 30(b)(1).

18           JUDGE VANASKIE:  Okay.

19           And then Plaintiffs choose another

20     five, whether 30(b)(6) deponents or 30(b)(1)

21     deponents and get those scheduled.  And then

22     you meet and confer for the purpose of

23     identifying other witnesses whose depositions

24     should be taken in this matter.

25           I have no doubt that you will be

1    taking more than ten depositions on the

2    Plaintiffs' side in this matter.  But I don't

3    know what that number is and cannot decide that

4    number in a vacuum, and we'll need to make the

5    showing that the rules require that

6    particularized showing that's required to

7    exceed the limit.

8          But in a case of this complexity, it

9    is almost a certainty that there'll be more

10   than ten -- ten depositions taken by the

11   Plaintiffs.  I think everybody understands

12   that, but we can't decide that in a vacuum, and

13   you're going to have to move forward, get these

14   ten depositions scheduled as promptly as

15   possible so the case can continue to move

16   forward.

17          MR. KOHN:  We will do so, Your

18   Honor, and hopefully the Defendants will

19   cooperate with early dates so that -- so

20   that we can meet our functional discovery

21   cut-off of November 17 when our opening expert

22   reports are due on the matter.

23          JUDGE VANASKIE:  Well, if you

24   feel like you're running into foot-dragging

25   with respect to getting the depositions

1   scheduled, well, then reach out, and we'll see

2   what we can do to move the matter forward more

3   promptly.

4          MR. KOHN:  Plaintiffs

5   appreciate Your Honor's advice.  Thank you.

6          JUDGE VANASKIE:  Okay.

7        Mr. Fee, did you want to say

8   something?

9          MR. FEE:  We did, Your Honor,

10  and we certainly appreciate Your Honor's advice

11  as well, and we have no intention of dragging

12  our feet.

13       I did want to just make one point:

14  The fact discovery deadline in this case is

15  December 22nd, so while there's an expert

16  deadline before that, the reality is that the

17  fact that discovery cut-off is December 22nd.

18  Judge Kearney set that schedule with an

19  understanding depositions would be taking

20  place, most likely, up until that date.  So I

21  just wanted to be clear about that.

22          JUDGE VANASKIE:  All right.

23  Thank you for clarifying that.

24        Anything else?

25          MS. CHAPMAN:  No, Your Honor.

Hearing
August 10, 2022                                20

1              MR. FEE:  No.

2              JUDGE VANASKIE:  I wanted to

3    ask you all.  A few motions have been filed in

4    the last couple of days, and I do like to

5    conduct these Zoom sessions with respect to the

6    motions.

7          Is it appropriate to hear all the

8    motions in one session, and if so, what day

9    next week would be appropriate?

10             MR. KOHN:  Your Honor, for the

11   Plaintiffs, who is the movant on all three

12   motions, Brad Demuth is handling the motion as

13   to Watson and Teva; Dave Rochelson is handling

14   one of the Par motions; and Amanda Hass is

15   handling the other Par motion.  I'm sure that

16   they will make themselves available at any time

17   next week that Your Honor would like.

18          And I believe, personally, that all

19   three can be handled simultaneously in a single

20   hearing session and that the Court might

21   actually benefit from structuring it that way

22   because the Court may find that there are some

23   overlaps in the themes of the privilege

24   challenges being made.

25             JUDGE VANASKIE:  All right.

1           MS. CHAPMAN:  Your Honor,

2    speaking for Par, we're perfectly comfortable

3    handling the two motions that have been filed

4    again Par in a single session.

5           MR. BENDHEIM:  The same is

6    true for Teva; we're happy to join on.

7           JUDGE VANASKIE:  Okay.

8           MR. FEE:  And at present, Your

9    Honor, there's -- there's no motions pending

10    against Takeda.

11           JUDGE VANASKIE:  All right.

12           So I think what you can expect is

13    that I'll issue an order -- when -- when are

14    the responses to the motions due?  Are they due

15    today or --

16           MS. CHAPMAN:  The response to

17    one of the motions that Plaintiffs filed

18    against Par is due today.  The response to the

19    second of those motions is due tomorrow.

20           MR. BENDHEIM:  The Teva one is

21    due today as well.

22           JUDGE VANASKIE:  Okay.  So I

23    expect -- I'm going to look at my calendar, but

24    I expect that I'll be looking to conduct the

25    Zoom session Monday or Tuesday of next week.

1   All right?

2          MS. CHAPMAN:  Thank you, Your

3   Honor.

4          JUDGE VANASKIE:  Okay.

5       Now, what I wanted to do with

6   respect to this motion is I'm going to -- I'd

7   like to indicate that we conducted an argument,

8   and the parties agreed on a way to move

9   forward, and essentially, dismiss the motion as

10   moot.

11       Does the Plaintiff have any

12   objection to that?

13          MR. KOHN:  No, Your Honor.  We

14   would not challenge Your Honor's ruling,

15   whether it's denied without prejudice or

16   mooted.  We would not object to Your Honor's

17   ruling that way.

18          JUDGE VANASKIE:  All right.

19       Ms. Chapman?

20          MS. CHAPMAN:  I have -- I have

21   no objection, Your Honor.

22          JUDGE VANASKIE:  Okay.

23       Mr. Fee?

24          MR. FEE:  Likewise,

25   Your Honor, no objection.

1              JUDGE VANASKIE:  And,

2     Mr. Bendheim?

3              MR. BENDHEIM:  Same.  No

4     objection.  Thank you, Your Honor.

5              JUDGE VANASKIE:  All right.

6     I'll issue something this afternoon then on

7     that.  It'll be a recommended order, I guess,

8     but that's how I'll handle it.

9          All right.  Anything else?

10              MS. CHAPMAN:  No, Your Honor.

11     Thank you.

12              JUDGE VANASKIE:  Thank you all

13     very much.

14              MR. FEE:  Thank you.

15              JUDGE VANASKIE:  Thanks.

16              MR. FEE:  Have a good day.

17              JUDGE VANASKIE:  Thanks.

18              - - -

19          (Thereupon, the hearing was

20     concluded at 1:20 p.m.)

21              - - -

22

23

24

25

1          C E R T I F I C A T E

2          I hereby certify that the

3    proceedings and evidence are contained fully

4    and accurately in the stenographic notes taken

5    by me on the hearing of the within cause, and

6    that this is a correct transcript of the same.

7

8          /S/ Alyssa A. Repsik

9          ================================

10         Alyssa A. Repsik, Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hearing
August 10, 2022                                                    1

**1**

**17**
  18:21
**18th**
  17:1
**1:20**
  23:20

**2**

**20**
  7:20,25
**22**
  5:25 9:16
  11:22 12:9
**22nd**
  19:15,17

**3**

**30**
  5:15
**30(b)(1)**
  17:17,20
**30(b)(6)**
  4:10 6:1,2
  9:13,25
  17:14,20

**A**

**able**
  4:25 10:13
  16:22
**absolutely**
  11:13
**accept**
  14:10
**acting**
  12:1
**action**
  14:17
**add**
  9:24

**additional**
  7:11 14:7,11
**advice**
  19:5,10
**afternoon**
  23:6
**agree**
  6:4,7 7:19
  10:23 11:3,
  9,13 12:23
  13:18 15:16
  16:1
**agreed**
  6:16 7:7
  15:6 22:8
**agreed-upon**
  17:13
**agreeing**
  7:21
**agreement**
  6:10 8:23
**ahead**
  14:14
**allow**
  6:19
**allowed**
  11:4
**alternatives**
  8:8
**Amanda**
  20:14
**ambiguity**
  14:23
**Amulet**
  13:18 15:12
**anybody**
  4:12
**appreciate**
  19:5,10
**appropriate**
  12:24 14:17
  15:16,17
  16:6 20:7,9
**April**
  16:17
**argument**
  22:7

**articulated**
  11:20
**asking**
  5:23 8:15
**attorneys**
  5:13
**available**
  15:25 20:16

**B**

**back**
  13:9 16:17
**behalf**
  13:12 15:9
**believe**
  8:14 12:9
  15:11,13
  20:18
**Bendheim**
  13:15 15:10,
  11 21:5,20
  23:2,3
**benefit**
  20:21
**Bhutada**
  9:11
**Brad**
  11:2 20:12
**Brendan**
  9:2
**briefly**
  7:10 11:17
**burdens**
  12:25

**C**

**calendar**
  21:23
**cap**
  7:21 8:2,6,
  7,13,24 9:7
  14:22
**case**
  5:8 9:6 11:5

**12:18 18:8,**
  15 19:14
**cases**
  5:6,10,14
**caused**
  11:7,8
**ceiling**
  4:17 5:4 7:7
**certain**
  4:24
**certainly**
  10:8 12:17
  19:10
**certainty**
  18:9
**certification**
  4:25 9:13
  16:18 17:4
**challenge**
  22:14
**challenges**
  20:24
**change**
  14:25
**Chapman**
  7:9,15,16
  9:5 11:1,15,
  16,19 14:13,
  15 15:7,17
  19:25 21:1,
  16 22:2,19,
  20 23:10
**choose**
  14:24 17:19
**Circuit**
  5:7
**clarifying**
  19:23
**class**
  4:25 16:18
**clear**
  7:17 13:15,
  17 19:21
**clearly**
  8:7 9:5
**client**
  15:9

codefendants
  12:15
colleague
  11:1
come
  7:1 9:20
comfortable
  21:2
commitment
  17:8
compel
  4:13
complexity
  18:8
compromise
  10:13
concept
  10:8
concerned
  16:12
concerns
  13:1
concluded
  23:20
conduct
  20:5 21:24
conducted
  22:7
confer
  4:15 5:24
  6:4,14 7:5,
  17 10:4,7,21
  11:12 17:2,
  22
confirmed
  16:15
confusion
  6:1
contemplated
  8:10 11:23
context
  11:21 12:2
continue
  18:15
contrary
  9:8

cooperate
  18:19
counsel
  5:11
couple
  20:4
course
  14:17
court
  5:6,9,21 6:9
  16:21 20:20,
  22
cut-off
  18:21 19:17

          D

date
  17:6 19:20
dates
  9:9 15:22,24
  16:15 17:14
  18:19
Dave
  20:13
day
  20:8 23:16
days
  20:4
deadline
  16:17 19:14,
  16
December
  19:15,17
Dechert
  5:12
decide
  18:3,12
defendant
  5:9,16
Defendants
  4:16 5:13
  6:13,19,25
  7:18 8:1,5,
  15 13:16,17,
  23 14:9,10
  15:3 17:3

  18:18
demanding
  11:24
Demuth
  11:2 20:12
denied
  22:15
deponents
  12:22 14:25
  17:20,21
deposed
  13:2,3
deposition
  9:9 11:4
  12:9 16:15,
  24
deposition-
per-side
  5:19
depositions
  4:9,18,24
  5:1,8,15,25
  6:8,15,18,23
  7:7,20,24,25
  8:13,18 9:7,
  16 10:20,22
  11:4,22,25
  12:5,7,13
  13:7 14:19
  15:4 16:23
  17:4,15,23
  18:1,10,14,
  25 19:19
deprives
  7:8
determines
  15:21
different
  12:16
direct
  14:9
directs
  5:23
discovery
  16:4 18:20
  19:14,17

discuss
  4:19 9:18
discussion
  10:11
dismiss
  22:9
district
  5:6 15:21
document
  16:24
documents
  5:2
doubt
  17:25
dozen
  11:22
dragging
  19:11
drawing
  14:18
due
  18:22 21:14,
  18,19,21

          E

earlier
  16:24
early
  18:19
easier
  13:23
employees
  12:22
end
  11:12
engage
  8:16,22
entire
  14:22
entirely
  10:10
essentially
  22:9
event
  6:3

Hearing
August 10, 2022

3

**everybody**
  18:11
**exact**
  8:16
**exceed**
  18:7
**excess**
  5:18
**expect**
  21:12,23,24
**expected**
  16:13
**expert**
  18:21 19:15
**extent**
  6:18 14:4

---

**F**

---

**fact**
  8:17 9:8
  14:18 16:16
  19:14,17
**fair**
  12:23
**faith**
  8:12
**faithful**
  14:19
**familiar**
  5:11
**far**
  15:6
**federal**
  7:22 8:2
  11:23 12:2
**Fee**
  9:1,2 12:17
  19:7,9 20:1
  21:8 22:23,
  24 23:14,16
**feed**
  14:6
**feel**
  14:5 18:24
**feet**

**19:12**
**fewer**
  5:8
**file**
  17:5
**filed**
  4:6 7:3 11:8
  20:3 21:3,17
**filing**
  4:13 16:14
**find**
  5:7 20:22
**finite**
  13:5
**first**
  4:3 8:20
  9:22
**fit**
  14:25
**five**
  6:23 14:1,2,
  3,5,10 15:6,
  12 17:12,14,
  20
**foot-dragging**
  18:24
**forward**
  9:15 16:4
  17:12 18:13,
  16 19:2 22:9
**four**
  4:8 5:1 6:1
  15:13
**fully**
  10:23
**functional**
  18:20

---

**G**

---

**game**
  12:12
**games**
  15:19
**George**
  9:10

**getting**
  18:25
**give**
  6:25
**going**
  8:17 10:7
  12:14 13:3
  18:13 21:23
  22:6
**good**
  6:21 8:12
  23:16
**guess**
  23:7
**guessing**
  12:12

---

**H**

---

**handle**
  23:8
**handled**
  20:19
**handling**
  20:12,13,15
  21:3
**happened**
  4:14
**happily**
  4:7
**happy**
  21:6
**Hass**
  20:14
**hear**
  4:2 7:13
  10:24 20:7
**heard**
  8:22 9:22
**hearing**
  11:6 20:20
  23:19
**held**
  15:25
**highlight**
  10:17 13:25
  14:3

**hold**
  15:21,24
**Honor**
  4:4,7 6:11,
  21 7:1,9,15
  8:9 9:1,21
  10:18,24,25
  11:9,12,17
  12:18 13:12,
  16,22 14:8,
  13,16 15:8
  16:11 17:16
  18:18 19:9,
  25 20:10,17
  21:1,9 22:3,
  13,21,25
  23:4,10
**Honor's**
  19:5,10
  22:14,16
**hoop**
  16:9,11,12
**hoops**
  17:7
**hope**
  14:8

---

**I**

---

**identified**
  12:21
**identifying**
  16:14 17:23
**important**
  8:4 12:19
  14:21
**impose**
  8:6,7
**inappropriate**
  10:20
**increase**
  7:21 8:2,11
**indicate**
  22:7
**initiating**
  4:14

**intend**
  12:8 15:4
**intends**
  4:12
**intention**
  15:18 19:11
**interrupt**
  7:12
**issue**
  21:13 23:6
**issued**
  10:3
**issues**
  17:4
**iterative**
  4:20

**J**

**Jason**
  9:11
**join**
  21:6
**Judge**
  4:2 5:17
  7:13 8:25
  10:19 11:14,
  18 13:13,19
  14:14 15:5
  16:8,13,17,
  20 17:2,9,
  11,18 18:23
  19:6,18,22
  20:2,25
  21:7,11,22
  22:4,18,22
  23:1,5,12,
  15,17
**Julia**
  7:16
**jump**
  16:9,10 17:7
**justifying**
  11:13

**K**

**Kearney**
  16:13,17
  17:2,9 19:18
**keep**
  15:24
**Kirkland**
  5:12
**know**
  4:16 7:4
  9:14 10:6
  13:25 14:7
  15:22 17:8
  18:3
**knowledge**
  9:23
**Kohn**
  4:4,5 6:11
  9:25 10:19,
  23 13:14,21,
  22 15:14,22
  16:8,10,21
  17:16 18:17
  19:4 20:10
  22:13
**Kokkines**
  9:11

**L**

**Lewis**
  5:12
**Likewise**
  22:24
**limit**
  5:19 6:16
  18:7
**limited**
  6:8
**list**
  13:5
**listing**
  17:6
**locations**
  16:15 17:6

**look**
  21:23
**looking**
  21:24

**M**

**made**
  17:8 20:24
**majority**
  12:20
**make**
  12:5 13:7,8,
  17,23 18:4
  19:13 20:16
**March**
  8:14
**matter**
  17:24 18:2,
  22 19:2
**Maxwell**
  9:11
**meant**
  15:1
**meet**
  4:15 5:24
  6:4,14 7:5,
  16 10:4,7,21
  11:11 17:10,
  22 18:20
**memorandum**
  16:14 17:5
**mentioned**
  9:25
**merits**
  10:1
**Monday**
  21:25
**moot**
  22:10
**mooted**
  22:16
**Morgan**
  5:12
**motion**
  4:3,6,13 7:3
  11:8 20:12,

  15 22:6,9
**motions**
  20:3,6,8,12,
  14 21:3,9,
  14,17,19
**movant**
  20:11
**move**
  6:20 8:10
  9:15 16:4
  17:12 18:13,
  15 19:2 22:8

**N**

**names**
  17:6
**narrowed**
  10:14
**necessary**
  6:22
**need**
  4:23 8:18
  10:11 11:3
  12:6,12
  13:4,10 14:6
  16:22 18:4
**negotiate**
  5:20 8:12
  9:18
**Nilesh**
  9:11
**nonclass**
  17:4
**notice**
  10:1,5,10
  12:4 14:18,
  20 15:3
**notices**
  4:10,13 5:3
  6:2 12:10
  13:24 16:25
**noticing**
  5:1 11:21
**November**
  18:21

**number**
  4:17 8:19
  11:3 18:3,4

---

**O**

---

**object**
  22:16
**objection**
  22:12,21,25
  23:4
**objections**
  4:10 10:1
**obviate**
  16:22
**Okay**
  8:25 11:14
  13:13,19
  17:18 19:6
  21:7,22
  22:4,22
**once**
  6:24
**one**
  4:8 14:5
  16:12 19:13
  20:8,14
  21:17,20
**ones**
  14:7,11
  15:20,24
**opening**
  18:21
**order**
  5:23 6:9
  14:10 21:13
  23:7
**organized**
  16:4
**outcome**
  10:6
**outside**
  12:1
**outstanding**
  12:10
**overlaps**
  20:23

---

**P**

---

**p.m.**
  23:20
**Par**
  4:11 7:16
  8:21 11:25
  12:3 20:14,
  15 21:2,4,18
**Par's**
  11:2 14:15
**particularize
d**
  12:6 18:6
**parties**
  5:24 6:10
  11:3 22:8
**pending**
  21:9
**perfectly**
  21:2
**permitted**
  9:17
**personally**
  20:18
**perspective**
  9:4 14:16,21
**Peter**
  4:5
**pick**
  14:24
**place**
  12:8 14:23
  19:20
**Plaintiff**
  4:5 22:11
**Plaintiff's**
  9:10,19
**Plaintiffs**
  4:3 7:11,20,
  23,24 8:9,
  10,11,15,22
  10:2,5,12
  11:21 12:1,
  7,12,21 13:6
  14:20,24

15:3 16:13
  17:19 18:11
  19:4 20:11
  21:17
**Plaintiffs'**
  10:25 12:3
  18:2
**playing**
  15:19
**pleased**
  10:24
**point**
  5:5 8:4 13:5
  19:13
**posing**
  12:25
**position**
  6:14,17 7:2,
  5,17 8:1
  9:19 10:15
  11:2,7,8,20
  12:4,11,16,
  24 17:10
**positions**
  10:25 13:18
**possible**
  18:15
**potential**
  12:21
**practical**
  4:21
**prediction**
  11:11
**prejudge**
  10:8
**prejudice**
  22:15
**prepared**
  9:14,18
**preparing**
  9:12
**present**
  21:8
**privilege**
  20:23
**problem**
  5:22

**proceed**
  7:19 11:24
  15:4
**proceeds**
  11:5
**process**
  4:15,20 15:2
**produce**
  4:12 10:9,15
**produced**
  5:2
**production**
  16:24
**promise**
  17:1,2
**promptly**
  18:14 19:3
**prospect**
  13:2
**provided**
  5:9 9:9
**provoked**
  16:25
**purpose**
  16:1 17:22
**purposes**
  16:19
**put**
  4:17 14:11
  16:11

---

**Q**

---

**question**
  8:16
**questions**
  7:11

---

**R**

---

**reach**
  6:24 8:23
  10:13 19:1
**reached**
  9:7

Hearing
August 10, 2022                                                    6

reaching
  12:25
read
  10:25
reality
  19:16
reason
  14:22 15:1
recently
  10:2
recollections
  4:22
recommended
  23:7
refuse
  6:15
refusing
  6:13 10:9
  11:25
regarding
  7:10 8:12
remember
  16:22
renotice
  15:21,23
  17:12
renoticed
  15:18
report
  4:7
reports
  18:22
request
  9:10 13:11
require
  5:20 14:20
  18:5
required
  5:5 13:8
  18:6
respect
  8:24 15:15
  18:25 20:5
  22:6
respond
  7:10 11:16

response
  4:12 10:10
  21:16,18
responses
  21:14
rest
  11:13
right
  16:20 19:22
  20:25 21:11
  22:1,18
  23:5,9
Rochelson
  20:13
rule
  8:3 9:17
rules
  7:22 8:6
  11:23 12:2
  13:9 14:19
  16:2 18:5
ruling
  5:21 22:14,
  17
running
  18:24

          S

satisfy
  4:23
saying
  9:5
schedule
  5:24 6:13,
  15,17 7:4,
  24,25 9:6
  11:10 14:12
  19:18
scheduled
  4:9 6:24
  10:4,21,22
  13:7 14:2,6
  15:9 17:21
  18:14 19:1
scheduling
  7:6,19 9:12,

15 11:5,24
  17:3
second
  21:19
see
  14:25 19:1
seeing
  15:14
seek
  8:11,17 12:8
seeking
  7:23,25 8:5
served
  10:1
session
  20:8,20
  21:4,25
sessions
  20:5
set
  19:18
several
  9:9
show
  6:21
showing
  12:5 13:8
  18:5,6
side
  7:14 11:4
  18:2
simply
  14:12
simultaneousl
y
  20:19
single
  5:7 20:19
  21:4
softened
  7:3 16:18
softening
  10:24 11:6
sort
  16:5
sought
  7:20

speak
  15:7,10
speaking
  7:16 8:21
  12:3 21:2
specific
  11:21
status
  16:14 17:5
structure
  15:2 16:2
structuring
  20:21
suggest
  4:11
sure
  4:4 15:12
  20:15
surprise
  5:14
switching
  16:5


          T

take
  4:24,25 6:20
  8:17 9:20
  12:14 14:4
Takeda
  4:11 9:2,6,9
  10:3 12:18,
  19 13:12,16
  21:10
Takeda's
  9:4
taken
  7:2 17:24
  18:10
taking
  6:14 18:1
  19:19
talk
  7:6 8:18
  9:22
technicality
  16:3

**tells**
  15:23
**ten**
  5:8,19 6:7,
  18,25 7:8,24
  8:9,18 9:20
  10:20,21
  11:10 12:4,
  7,13 13:5,25
  14:20,22
  15:3 18:1,
  10,14
**Teva**
  13:17 15:13
  20:13 21:6,
  20
**thank**
  11:19 13:19
  14:16 19:5,
  23 22:2
  23:4,11,12,
  14
**Thanks**
  23:15,17
**themes**
  20:23
**there'll**
  18:9
**thing**
  9:24
**think**
  4:14,18,19
  5:25 6:12
  8:20 9:25
  10:16 12:22
  13:4 14:22
  15:15 16:6
  18:11 21:12
**third-party**
  13:1
**three**
  4:8 9:10
  15:13,14,15,
  23 20:11,19
**time**
  4:6 6:20
  8:21 20:16

**today**
  4:14 8:20
  21:15,18,21
**tomorrow**
  21:19
**topics**
  10:5,14,16
**total**
  4:17 8:13
  11:3
**true**
  10:3 21:6
**try**
  8:23
**Tuesday**
  21:25
**two**
  4:8,10 8:8
  21:3

---

**U**

---

**underscore**
  9:3
**understanding**
  19:19
**understands**
  18:11
**unilaterally**
  8:2

---

**V**

---

**vacuum**
  18:4,12
**VANASKIE**
  4:2 5:17
  7:13 8:25
  10:19 11:14,
  18 13:13,19
  14:14 15:5
  16:8,20
  17:11,18
  18:23 19:6,
  22 20:2,25
  21:7,11,22
  22:4,18,22

  23:1,5,12,
  15,17
**various**
  4:22
**vast**
  12:20

---

**W**

---

**want**
  6:6,7 7:12,
  17 8:9 10:8
  12:11 13:17
  19:7,13
**wanted**
  10:17 19:21
  20:2 22:5
**Watson**
  20:13
**way**
  16:3,4,7
  20:21 22:8,
  17
**week**
  20:9,17
  21:25
**well-taken**
  6:17
**went**
  5:3
**withdrawing**
  13:24
**witness**
  9:13 10:9,15
**witnesses**
  4:23 9:10
  12:20 13:1
  16:16 17:23
**wrote**
  11:1

---

**Y**

---

**Yeah**
  11:18
**year**

  8:15

---

**Z**

---

**Zoom**
  20:5 21:25