# EXHIBIT 2

# Sanjay D.

Director, Strategic Portfolio Management at Amneal Pharmaceuticals
United States

## Contact

www.linkedin.com/in/sanjay-d-b8b0a612 (LinkedIn)

## Top Skills

Continuous Improvement
Manufacturing Operations
Process Engineering

## Certifications

Project Management Professional

## Summary

Over 15 years of experience in leading and providing hands-on involvement on all stages of projects ranges from API manufacturing to package finish products. Develop detailed project plans including timeline, monitor and track project progress for all R& D, 505b2 and ANDA projects. Coordinate internal and external resources from project initiation to completion including LOA, CDA, MSA, PSA with API Vendors and Clinical sites. Manage changes to project scope, project schedule and project budget. Built and managed strong productive working relationships with internal and external business stakeholders.

## Experience

**Amneal Pharmaceuticals**
3 years 2 months

Director, Strategic Portfolio Management
February 2022 - Present (8 months)

Associate Director, Strategic Portfolio Management
August 2019 - February 2022 (2 years 7 months)
New Jersey, USA

**BIONPHARMA, INC.**
Associate Director - Projects & Tech Services
May 2018 - July 2019 (1 year 3 months)
Princeton, NJ

**Kashiv Pharma LLC**
2 years 8 months

Sr. Project Manager
April 2018 - May 2018 (2 months)
Bridgewater, NJ

Project Manager

October 2015 - April 2018 (2 years 7 months)
Bridgewater, New Jersey

Tris Pharma
Technical Services Engineer II
May 2015 - October 2015 (6 months)
New Jersey

Patheon
Process Engineer, Coordinator, Processing Technologist
July 2003 - May 2015 (11 years 11 months)
Mississauga

Novopharm
Processing Technologist
2002 - July 2003 (1 year)
Hood Rd, Markham, ON

---

## Education

Project Management Professional
PMP, Project Management · (2011 - 2011)

University of Toronto at Mississauga - Erindale College
Certificate in Project Management  · (2009 - 2010)

BS Chemistry
Bachelor of Science, Chemistry · (1989 - 1992)