# EXHIBIT 3

| | |
|---|---|
| **From**: | Matthew Hellstern [/O=AMNEAL PHARMACEUTICALS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=79E56BA9D0C14162A13FAE4EB6F5D703-M] |
| **Sent**: | 8/14/2019 2:49:58 PM |
| **To**: | Chitrang Parikh [chitrang@amneal.com]; Jigar Bhatt [jigarb@amneal.com]; Suhagbhari Brahmbhatt [sbrahmbhatt@amneal.com]; Sanjay Dhandhukia [sanjayd@amneal.com] |
| **Subject**: | RE: 2020 NPL Launch Review |
| **Attachments**: | New launches till Dec 2020.xlsx |

Here is a file we were considering to prepare to support the conversation around 2020 launches.
Please let me know if you will not be available for today's meeting.

Thank you
Matt

-----Original Appointment-----
**From:** Matthew Hellstern
**Sent:** Monday, August 12, 2019 9:31 AM
**To:** Matthew Hellstern; Chitrang Parikh; Jigar Bhatt; Suhagbhari Brahmbhatt; Sanjay Dhandhukia
**Subject:** 2020 NPL Launch Review
**When:** Wednesday, August 14, 2019 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** PW_1NE Large Conf. Room

Discuss process for reviewing 2020 launches for US Sites.

Thank you
Matt


-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**


Meeting number: 643 352 304

Meeting password: 32461499


Join

Join by phone
Tap to call in from a mobile device (attendees only)
Call-in number: 1-720-9882090 (US)
Call-in toll-free number: 1-866-6708282 (US)
Attendee access code: 324 614 99

Need help? Go to http://help.webex.com

CONFIDENTIAL
AMNL_COL_00000409