# EXHIBIT 4

## Contact

www.linkedin.com/in/kapil-gupta-01735812 (LinkedIn)

## Top Skills

Pharmaceutical Industry
Generic Programming
Regulatory Affairs

# Kapil Gupta

Business Development and Portfolio Strategy at Amneal Pharmaceuticals
Hauppauge, New York, United States

## Experience

**Amneal Pharmaceuticals**
10 years

Business Development and Portfolio Strategy
January 2015 - Present (7 years 9 months)
85 Adams Avenue, Hauppauge, NY 11788

DGM Global Business Development
January 2014 - Present (8 years 9 months)

Asst. General Manager; Portfolio and Business Development
October 2012 - January 2014 (1 year 4 months)
BD and Global Portfolio Management

**Zydus Cadila**
Senior Manager; Business Development
November 2011 - October 2012 (1 year)

**Dr. Reddy's Laboratories**
5 years 8 months

Global Generics Portfolio Managment
June 2008 - November 2011 (3 years 6 months)

Steering product selection for North America and enabiling organization to take critical decision with respect to product selection
provide direction and support in identifying strategic business opportunities by working closely with IP, Regulatory, formulation development, Manufacturing and BD teams

Identification of products with complexity associated in IP, Regulatory, Development, Bio or the dosage form where regulatory pathways are not clear

Early development opporrtunity identification and API product selection by tacking new NDA filings and Phase III molecules

Page 1 of 3

Portfolio Management/ Prioritization : Prioritization of the selected products, based on the business opportunity, Raw material / API availability, filing dates, launch dates for the smoother flow of projects

Quarterly Global Generic portfolio update to higher management

Involvement in key BD activities: Helping BD team in deal structuring and leveraging one deal to other countries
Identification of and addressing (with help of BD team) the generics portfolio gaps (complex generics, niche products, difficult technology platforms etc) through business development/ partnership efforts

Capacity planning and capability building:Identification of manufacturing location based on the type of product well in advance to avoid last minute hiccups
Analyzing and suggesting higher management to build or buy capability for certain areas with a complete global picture and business case

MIS & Reporting

Intellectual Property Management Formulations
April 2006 - May 2008 (2 years 2 months)
Global patent searches for formulation related projects
Making patentability and freedom-to-operate opinions for formulation related projects
Preparing clearance reports and preliminary patent assessment reports
Suggesting non-infringing formulations for generic products
Prior art search/analysis for invalidation
Answering Marketing queries related to IPR
Coordination with formulation development and business development regarding opportunities

———

## Education

SVKM's Narsee Monjee Institute of Management Studies (NMIMS)
Executive MBA, Business Administration and Management, General · (2008 - 2011)

National Academy of Legal Studies & Research (NALSAR) University Hyderabad

PG Diploma in IPR, Intellectual Property · (2007 - 2008)

## JSS College of Pharmacy, Ooty - "Ootacamund"
M Pharma, Pharmaceutics · (2004 - 2006)