# EXHIBIT 5

| From: | Hanumantha Rao [/O=AMNEAL PHARMACEUTICALS/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=382846CEA0C14689A7FE8D06CFFFAF09] |
|---|---|
| Sent: | 12/11/2012 8:42:33 PM |
| To: | Jigar Bhatt [jigarb@amnealindia.com] |
| CC: | Kapil Gupta [kapilg@amnealindia.com]; Narasimhan Mani [nmani@amneal.com] |
| Subject: | International PPT - Urgent changes |
| Attachments: | RoW Strategy - Update to C Dec2012.pptx |

Dear Jigar,
We have presentation to be done to Chirag on Wednesday Morning US time., I have prepared few new slides based on our earlier deck.,

Can you help me with the changes in the attached deck and send it by Wed noon your time.

1.	Slide No.6 : Pls check the timelines , Add Est.Sales column & Nos for each product
2.	SlideNo.10: Pls take a re-look at all timelines
3.	Slide No.11: P&L Change to the following format pasted
4.	Slide16: Please check the product list from slide 14 and change accordingly
5.	Slide 17: change the P&L format same as Russia (Refer to above point no.3) & Product List must be updated as per slide 14
6.	Slide 18: Execution plan – Please review the timelines once again and change; Product List – Pls change it as per slide 14

| Sr. # | Product | Dosage Form | Market Size ($mn) | Est Net Sales ($ Mn) | CoGs | S&M Charge | Net Profit |
|---|---|---|---|---|---|---|---|
| 1 | Valsartan, Amlodipine and HCTZ tablets | Tablets | | | | | |
| 2 | Dexlansoprazole DR Capsules | Capsules | | | | | |
| 3 | Ketorolac tromethamine nasal spray | Nasal Spray | | | | | |
| 4 | Dutasteride Capsules | Capsules | | | | | |
| 5 | Glatiramer Injection 20mg/ml | Injection | | | | | |
| 6 | Cinacalcet Tablets | Tablets | | | | | |
| 7 | Sevelamer Tablets 800mg | Tablets | | | | | |
| 8 | Metoprolol ER Tablets | Tablets | | | | | |
| | TOTAL ($ MN) | | | | | | |

Thanks a lot for your continuous support.,

Best Regards
Hanu