# EXHIBIT 7

| | |
|---|---|
| **From:** | Narasimhan Mani [/O=AMNEAL PHARMACEUTICALS/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=8F1F6CD34844443C9B64661FF57BB881] |
| **Sent:** | 6/29/2013 9:13:23 PM |
| **To:** | Alpesh Patel [alpesh@amneal.com]; Pavan Kumar [pkumar@amneal.com]; Meghna More [meghnam@amneal.com] |
| **CC:** | Kenneth Cappel [kcappel@amneal.com]; Kapil Gupta [kapilg@amnealindia.com] |
| **Subject:** | Global ANDA Product Portfolio - 2Q 2013 - Reg-IP Update |
| **Attachments:** | image001.jpg; Global ANDA Product Portfolio - 2Q 2013 - Reg-IP Update.xlsx |

**Importance**:   High

Dear Alpesh/Pavan,

Please find attached our current US pipeline with all products included up to the most recent addition in June 2013. The file has been updated with the current best estimate from R&D of ANDA filing dates. As you have we used to before, please verify/update the expected approval date as required, in Column H for all products for which the filing strategy in Column G is 'FDA Approval'. Once you have updated the file, please send out the same to all people on this email.

Meghana – you can start updating the file as required with the IP side of things in Columns H and I for all products . If you can, please merge it with the data that Pavan sends out from Regulatory  or we'll be happy to merge both of your files and send out a final version to all.

From the next quarter, Kapil will take over this process and reach out directly.

  Regards,



**Narasimhan Mani, Ph.D., MBA | Senior Director, Global Business Development and Portfolio** | Amneal Pharmaceuticals |

440 US Highway 22 East, Suite 104 | Bridgewater, New Jersey 08807 |
908.947.3129 direct | 631.704.7216 mobile | 908.947.3146 or 3147 fax |
nmani@amneal.com