UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALUE DRUG COMPANY, on behalf of itself and all others similarly situated,<br><br>    Plaintiff<br><br>    v.<br><br>TAKEDA PHARMACEUTICALS U.S.A., INC., PAR PHARMACEUTICAL INC., WATSON LABORATORIES, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., and AMNEAL PHARMACEUTICALS LLC,<br><br>    Defendants. | Civil Action No. 2:21-cv-03500-MAK |

**PLAINTIFF'S UNOPPOSED MOTION FOR A CONTINUANCE OF THE OCTOBER 17, 2022 HEARING REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Value Drug Company ("Plaintiff"), by and through its counsel, respectfully files this unopposed motion for a continuance of the October 17, 2022 class certification hearing scheduled by the Court. *See* ECF No. 545. Plaintiff respectfully requests that the hearing be rescheduled for October 31 or November 1, 2022, the next two dates on which counsel for Defendants are available after October 17, 2022. In support of this Motion, Plaintiff states as follows.

1. On September 29, 2022, the Court issued an order (ECF No. 545) scheduling a hearing to address issues raised in Plaintiff's Motion for Class Certification (ECF No. 483).

2. The undersigned counsel intends to present argument for Plaintiff at the hearing but has a conflict with October 17, 2022 due to a previously-scheduled deposition in another matter that counsel was not able to reschedule, including because of an October 21, 2022 fact

discovery cut-off in that case.  The undersigned counsel drafted Plaintiff's class certification briefing, deposed Defendants' class certification expert Dr. Strombom, and defended the deposition of Plaintiff's class certification expert Dr. Lamb.  In addition, Plaintiff respectfully submits that rescheduling the October 17, 2022 hearing is consistent with § I.I. of the Court's February 2022 Policies and Procedures encouraging development of trial lawyers.

3. The undersigned counsel for Plaintiff has consulted with Defendants' counsel to coordinate alternate availability.  All parties' counsel are available for a rescheduled hearing on October 31 or November 1, 2022, which are the next dates after October 17, 2022 on which counsel for Defendants are available.  Counsel for Defendants have advised that Defendants do not oppose rescheduling the hearing provided the hearing is rescheduled for October 31 or November 1, 2022.

4. Accordingly, there is good cause for continuance of the hearing.

5. For these reasons, Plaintiff respectfully requests that the Court reschedule the hearing for October 31, 2022 or November 1, 2022.

Dated:  October 4, 2022                                   Respectfully submitted,

**VALUE DRUG COMPANY**

By:     */s/ Caitlin G. Coslett*

One of Its Attorneys

Bruce E. Gerstein
Dan Litvin
Kimberly M. Hennings
Deborah Elman
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
dlitvin@garwingerstein.com
khennings@garwingerstein.com
delman@garwingerstein.com

David F. Sorensen (Pa. I.D. 57766)
Caitlin G. Coslett (Pa. I.D. 306915)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

Susan Segura
David C. Raphael
Erin R. Leger
**SMITH SEGURA RAPHAEL LEGER LLP**
221 Ansley Blvd.
Alexandria, LA 71303
(318) 445-4480
ssegura@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com

Peter Kohn (Pa. I.D. 65454)
Joseph Lukens (Pa. I.D. 67405)
**FARUQI & FARUQI LLP**
1617 JFK Blvd, Suite 1550
Philadelphia, PA 19103
(215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

Bradley J. Demuth
**FARUQI & FARUQI LLP**
685 Third Avenue
New York, NY 10017
(212) 983-9330
bdemuth@faruqilaw.com

Stuart E. Des Roches
Andrew W. Kelly
**ODOM & DES ROCHES LLC**
650 Poydras Street, Suite 2020
New Orleans, LA 70130
(504) 522-0077
stuart@odrlaw.com
akelly@odrlaw.com

Russell Chorush
**HEIM PAYNE & CHORUSH LLP**
1111 Bagby Street, Suite 2100
Houston, TX 77002
(713) 221-2000
rchorush@hpcllp.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I caused a copy of the foregoing to be served on counsel of record for Defendants by ECF filing.

*/s/ Caitlin G. Coslett*
Caitlin G. Coslett
