**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VALUE DRUG COMPANY<br><br>Plaintiff,<br><br>v.<br><br>TAKEDA PHARMACEUTICALS, U.S.A., INC., et al.<br><br>Defendants. | Hon. Mark A. Kearney<br><br>Civil Action No.: 2:21-cv-03500-MAK |

**DECLARATION OF ISEL BEDGOOD**
**PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, Isel Bedgood, Esq., the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and declare as follows.

1. I am an associate with the law firm of Kirkland & Ellis LLP, with a business address at 1301 Pennsylvania Avenue, N.W., Washington, DC 20004.

2. I am admitted to practice law in the following jurisdictions:

<u>District of Columbia</u>
12/6/2021 Bar# 1754259

<u>State of Florida</u>
12/14/2020 Bar# 1026232

<u>State of New Jersey</u>
01/06/2021 Bar# 351042021

3. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

4. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

5. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of this case.

6. If granted pro hac vice status, I will in good faith continue to advise moving counsel of the current status of the captioned matter and of all material developments therein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2022

Isel Bedgood, Esq.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-389-3043
isel.bedgood@kirkland.com

*Attorney for Defendants Amneal Pharmaceuticals, LLC , Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc. and Watson Laboratories, Inc.*