# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALUE DRUG COMPANY, on behalf of itself and all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> TAKEDA PHARMACEUTICALS U.S.A., INC., *et al.*, <br><br> Defendants | Civil Action No. 2:21-cv-03500-MAK |

## SPECIAL MASTER ORDER

**NOW, this 17th Day of November, 2022, IT IS HEREBY ORDERED THAT** oral argument on Plaintiff's "Motion to Compel Takeda's Production of its Attorney 'Crime-Fraud' Communications" (ECF Document Nos. 634) shall be heard via Zoom on **Monday, November 21, 2022 at 1:00 p.m., E.S.T.** Counsel for Plaintiff is responsible for making the arrangements for the Zoom session and having a Court Reporter present for the oral argument.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Discovery Master