IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VALUE DRUG COMPANY** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO. 21-3500** |
| : | |
| **TAKEDA PHARMACEUTICALS,** : | |
| **U.S.A., INC., PAR** : | |
| **PHARMACEUTICAL, INC., WATSON** : | |
| **LABORATORIES, INC., TEVA** : | |
| **PHARMACEUTICAL INDUSTRIES,** : | |
| **LTD., TEVA PHARMACEUTICALS** : | |
| **USA, INC., AMNEAL** : | |
| **PHARMACEUTICALS, LLC** : | |

# ORDER

**AND NOW**, this 23rd day of November 2022, upon considering Plaintiff's Motion to certify a class (ECF Doc. No. 483), Defendants' Response (ECF Doc. No. 527), Plaintiff's Reply (ECF Doc. No. 543), the parties' pre-hearing Memoranda (ECF Doc. Nos. 592, 593), following our extensive November 1, 2022 evidentiary hearing and oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to certify a class (ECF Doc. No. 483) is **DENIED** without prejudice.

**KEARNEY, J.**