# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALUE DRUG COMPANY, on behalf of itself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:21-cv-03500-MAK |
| Plaintiffs | | |
| v. | | |
| TAKEDA PHARMACEUTICALS U.S.A., INC., *et al.*, | | |
| Defendants | | |

## SPECIAL MASTER ORDER

**NOW,** this 6th Day of December, 2022, **IT IS HEREBY ORDERED**

**THAT** oral argument on the Motion of Lars Taavola and Ken Cappel to Quash Subpoena for Personal Phone Records and Location Data shall be heard via Zoom on **Wednesday, December 7, 2022 at 1:00 p.m., E.S.T.** Counsel for Plaintiff is responsible for making the arrangements for the Zoom session and having a Court Reporter present for the oral argument.

s/ Thomas I. Vanaskie
Hon. Thomas I. Vanaskie (Ret.)
Special Discovery Master
