# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALUE DRUG COMPANY, on behalf of itself and all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> TAKEDA PHARMACEUTICALS U.S.A., INC., *et al.*, <br><br> Defendants | Civil Action No. 2:21-cv-03500-MAK |

## SPECIAL MASTER RECOMMENDED ORDER

## THE BACKGROUOND OF THIS RECOMMENDED ORDER IS AS FOLLOWS:

In connection with the transfer to the docket in this action of a motion to quash a subpoena duces tecum issued by Plaintiff for records from AT&T Wireless and the referral of the motion to quash to the Special Discovery Master, Judge Kearney, by Order dated December 5, 2022 (ECF Document No. 669), stayed production of records to the Plaintiff pending a ruling on the motion to quash. The challenged subpoena sought AT&T Wireless records and related information for thirteen individuals. Only two of the individuals, however (Lars Taavola and Kenneth Cappel), moved to quash the subpoena. (ECF Document No. 670.)

During oral argument conducted today on the motion to quash, Plaintiff requested that the stay of document production be lifted for the 11 persons who have not challenged the subpoena duces tecum.[1] There appearing no basis to suspend the production of records for the other 11 persons who have not sought to quash the subpoena, **IT IS this 7th Day of December, 2022, HEREBY RECOMMENDED** that the Court issue an Order lifting the stay of production of records as to those 11 individuals who have not moved to quash the subpoena and thereby allow AT&T Wireless to produce the requested records and information.

s/ Thomas I. Vanaskie<br>
Hon. Thomas I. Vanaskie (Ret.)<br>
Special Discovery Master

---

[1] Plaintiff has reached an agreement to modify the subpoena duces tecum as to one of the thirteen individuals, Dr. Paul Tully.