IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALUE DRUG COMPANY | : CIVIL ACTION |
| | : |
| v. | : NO. 21-3500 |
| | : |
| TAKEDA PHARMACEUTICALS, U.S.A., INC., *et al.* | : |

## ORDER

AND NOW, this 3rd day of January 2023, consistent with our March 15, 2022 Order (ECF Doc. No. 198) setting procedures for review of the appointed Special Master Judge Vanaskie's Report and Recommendations, and having reviewed Judge Vanaskie's December 28, 2022 Special Master Recommended Order No. 34 (ECF Doc. No. 706) addressing Plaintiff's Motion for sanctions against Defendant Takeda (ECF Doc. No. 585), independently finding a substantial basis to adopt and approve Judge Vanaskie's recommendation, and absent timely objections, it is **ORDERED**:

1. We **ADOPT** and **APPROVE** Special Master Judge Vanaskie's December 28, 2022 Recommended Order No. 34 (ECF Doc. No. 706); and,

2. We **DENY** Plaintiff's Motion for sanctions against Defendant Takeda (ECF Doc. No. 585).

_____
KEARNEY, J.