IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALUE DRUG COMPANY | : CIVIL ACTION |
| v. | : NO. 21-3500 |
| TAKEDA PHARMACEUTICALS, U.S.A., INC., *et al.* | : |

## ORDER

AND NOW, this 28th day of February 2023, upon considering Defendants' Motion to exclude specific opinion testimony as to the generic manufacturers' eighty-five percent or greater likelihood of success before Judge Robinson in three patent infringement/invalidity trials in late 2015 and early 2016 from patent litigation expert Glen P. Belvis (ECF Doc. No. 741), Plaintiff's Response (ECF Doc. No. 805), following our evidentiary hearing, and for reasons in the accompanying Memorandum with post-hearing Findings of Fact and Conclusions of Law, it is **ORDERED** Defendants' Motion (ECF Doc. No. 741) is **GRANTED** to preclude Mr. Belvis from offering a percentage on the likelihood of generic manufacturers' success at their trials as lacking a reliable methodology but he may opine as to the likelihood of success without identifying a percentage consistent with the accompanying Memorandum and subject to fulsome cross-examination.

KEARNEY, J.