IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VALUE DRUG COMPANY** | : CIVIL ACTION |
| | : |
| v. | : NO. 21-3500 |
| | : |
| **TAKEDA PHARMACEUTICALS,** | : |
| **U.S.A., INC.,** *et al.* | : |

## ORDER

AND NOW, this 28th day of February 2023, upon considering Plaintiff's renewed Motion to certify a class (ECF Doc. No. 700), Defendants' Response (ECF Doc. No. 736), Plaintiff's Reply (ECF Doc. No. 759), pre-hearing Memoranda (ECF Doc. Nos. 834, 836), following extensive oral argument, post-hearing Memoranda (ECF Doc. Nos. 869, 870), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion (ECF Doc. No. 700) is **DENIED**; and

2. Lead trial counsel shall meaningfully meet and confer so as to allow Defendants, consistent with our January 18, 2023 Order (ECF Doc. No. 751), to file a joint Notice not exceeding five pages on or before **March 10, 2023** identifying the parties' proposal(s) for our continuing progress towards trial including the number of anticipated trial days.

KEARNEY, J.