# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| VALUE DRUG COMPANY | : | CIVIL ACTION |
| --- | --- | --- |
|  | : |  |
| v. | : | NO. 21-3500 |
|  | : |  |
| TAKEDA PHARMACEUTICALS, | : |  |
| U.S.A., INC., *et al.* | : |  |

## **ORDER**

**AND NOW**, this 29th day of August 2023, upon considering the parties' letter request (ECF No. 1065) to amend our April 14, 2023 Order (ECF No. 904) solely to welcome counsel to Courtroom 6B for the final pretrial conference rather than over a conference line, confirming counsel are available, and finding good cause, it is **ORDERED** we amend paragraph 14 of our April 14, 2023 Order (ECF No. 904) only to hold the final pretrial conference on August 31, 2023 beginning at 8:30 AM for no more than two hours in Courtroom 6B.

*[signature]*
**KEARNEY, J.**