IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALUE DRUG COMPANY, RDC LIQUIDATING TRUST BY AND THROUGH ITS TRUSTEE ADVISORY TRUST GROUP, LLC, MLI RX LLC, AMERISOURCEBERGEN CORPORATION, AMERISOURCEBERGEN DRUG CORPORATION, H.D. SMITH, LLC, J.M. BLANCO, INC., VALLEY WHOLESALE DRUG CO., LLC, CARDINAL HEALTH, INC., CARDINAL HEALTH 110 LLC, CARDINAL HEALTH P.R. 120, INC., MCKESSON CORPORATION, MORRIS & DICKSON CO., L.L.C., BURLINGTON DRUG COMPANY, INC., DAKOTA DRUG, INC., LOUISIANA WHOLESALE DRUG COMPANY, INC., NORTH CAROLINA MUTUAL WHOLESALE DRUG COMPANY, PRESCRIPTION SUPPLY, INC., AND J.M. SMITH CORPORATION | : CIVIL ACTION : : : : : : : : : : : : : : : : : : : : : : |
| v. | : NO. 21-3500 : |
| TAKEDA PHARMACEUTICALS, U.S.A., INC. | : : : |

## ORDER

**AND NOW**, this 19th day of September 2023, the parties representing today in open Court during the ninth day of a jury trial this matter is settled, it is **ORDERED**:

1. This action is **DISMISSED with prejudice** under Local Rule of Civil Procedure 41.1(b);[1]

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days

2. Defendant's Motion for judgment (ECF No. 1153) is **DENIED as moot;** and,

3. The Clerk of Court shall mark this matter **CLOSED.**

KEARNEY, J.

---

of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).